# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1079**  **September Term, 2025**

**DOI-91FR16966**

**Filed On: April 3, 2026** [2167072]

Natural Resources Defense Council, Inc.,

      Petitioner

    v.

Douglas Burgum, Secretary of the Interior,
in his official capacity as Chair and Member
of the Endangered Species Committee, et
al.,

      Respondents

## <u>N O T I C E</u>

This case was docketed on April 3, 2026. The respondents are hereby notified that the attached is a true copy of the petition for review, which was filed on April 3, 2026, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

                BY:   /s/
                       Amy Yacisin
                       Deputy Clerk

Attachment:
    Certified Copy of Petition for Review