# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1079**

**September Term, 2025**

**DOI-91FR16966**

**Filed On: April 20, 2026** [2169330]

Natural Resources Defense Council, Inc.,

      Petitioner

    v.

Douglas Burgum, Secretary of the Interior,
in his official capacity as Chair and Member
of the Endangered Species Committee, et
al.,

      Respondents

-----------------------------

Consolidated with 26-1085, 26-1088

## O R D E R

    It appearing that the United States Court of Appeals for the Fifth Circuit has been randomly selected by the U.S. Judicial Panel on Multidistrict Litigation as the court to review these cases, it is

    **ORDERED** that these cases be transferred to the United States Court of Appeals for the Fifth Circuit. The Clerk is directed to send a copy of the order of the U.S. Judicial Panel on Multidistrict Litigation, a copy of this order, and this court's original files to the United States Court of Appeals for the Fifth Circuit.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

BY:    /s/
                        Amy Yacisin
                        Deputy Clerk