# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak
Clerk

April 20, 2026

General Information
(202) 216-7000

Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Federal Building
600 South Maestri Place
New Orleans, LA 70130

Re: 26-1079 Natural Resources Defense Council, Inc. v. Douglas Burgum, et al

Dear Clerk of Court:

Pursuant to the order of this court filed April 20, 2026, a copy of which is enclosed, we are transmitting forthwith the court's original files in electronic format.

Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

Sincerely yours,

BY: /s/
Amy Yacisin
Deputy Clerk

Enclosures